UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

| | |
|---|---|
| In Re:   Nicole Reynolds | Chapter 13 |
| Debtor (s) | Case Number: 20-14450 JNP |
| | Judge: Jerrold N. Poslusny Jr. |

# WITHDRAWAL OF DOCUMENT NO. 28  APPLICATION OF COMPENSATION FILED ON JULY22, 2020

I, Joseph J. Rogers, Esq., counsel to Debtor(s), Nicole Reynolds , hereby withdraw document no. 28 , Application of Compensation,  filed on July 22, 2020 in the above referenced  manner.

Dated: July 24, 2020                                    /s/ Joseph J. Rogers, Esquire
                                                                        Joseph J. Rogers, Esquire