UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

Nicole D. Reynolds

Debtor(s)'.

Case No.   20-14450   JNP

Judge:   Jerrold N. Poslusny, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

WHEREAS, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

NOW THEREFORE, the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case is hereby allowed to continue at $844 total receipts applied to plan then $560 for fifty-six (56) months commencing August 1, 2020, for a total of sixty (60) months.

IT IS STIPULATED that all other terms set forth in the Order Confirming Plan entered on May 20, 2020 remain in effect.

_____
Law Office of Joseph J. Rogers
Attorney for Debtors

Dated:

_____
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated: 8/4/2020