UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Nicole D. Reynolds,

Debtor.

Case No.: 20-14450-JNP
Chapter: 13
Hearing Date: 3/23/2021
Judge: Poslusny

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 13 Blossom Trail (Docket # 36)

_____

Date: 3/18/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*