UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**In Re:**

**NICOLE D. REYNOLDS,**
              **Debtor**

Case No.: 20-14450-JNP

Chapter 13

Hearing Date: October 26, 2021

Judge: Jerrold N. Poslusny Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

        ✓ Settled      ☐ Withdrawn

Matter: Motion for Relief from Automatic Stay

Date: October 25, 2021        /s/ Jason Brett Schwartz
                                                    Signature

*rev. 8/1/15*