Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 20–14450–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicole D Reynolds
   13 Blossom Trail
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–6190

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            April 19, 2022
Time:           11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*56* – Certification in Opposition to Certification of Default (related document:55 Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: re: 13 Blossom Trail, Sicklerville, NJ 08081. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 40 Order on Motion For Relief From Stay, 42 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 51 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 03/23/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Joseph J. Rogers on behalf of Nicole D Reynolds. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: March 24, 2022
JAN: lgr

                                                                                                      Jeanne Naughton
                                                                                                      Clerk