Form 173 − hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  20−14450−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nicole D Reynolds
   13 Blossom Trail
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6190

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                April 19, 2022
Time:               11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*56* − Certification in Opposition to Certification of Default (related document:55 Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: re: 13 Blossom Trail, Sicklerville, NJ 08081. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 40 Order on Motion For Relief From Stay, 42 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 51 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 03/23/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Joseph J. Rogers on behalf of Nicole D Reynolds. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: March 24, 2022
JAN: lgr

                                                                     Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-14450-JNP

Nicole D Reynolds  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Mar 24, 2022     Form ID: 173     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nicole D Reynolds, 13 Blossom Trail, Sicklerville, NJ 08081-3064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
     ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
     on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com

Joseph J. Rogers
     on behalf of Debtor Nicole D Reynolds jjresq@comcast.net  jjrogers0507@gmail.com

Linda S. Fossi
     on behalf of Creditor US Bank Cust/PC7 Firstrust Bk lfossi@zeitzlawfirm.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 24, 2022 | Form ID: 173 | Total Noticed: 1

gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7