Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−14450−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicole D Reynolds
  13 Blossom Trail
  Sicklerville, NJ 08081

Social Security No.:
  xxx−xx−6190

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 21, 2020.

On 8/11/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              September 21, 2022
Time:               10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 15, 2022
JAN: lgr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nicole D Reynolds  
    Debtor

Case No. 20-14450-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 4  
Date Rcvd: Aug 15, 2022     Form ID: 185     Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole D Reynolds, 13 Blossom Trail, Sicklerville, NJ 08081-3064 |
| 518765432 | + | Advocare The Womens Group OBGYN, PO Box 3001, Voorhees, NJ 08043-0598 |
| 518765433 | + | Apex Asset Management LLC, 1891 Santa Barbara Drive #204, Lancaster, PA 17601-4106 |
| 518765435 | | Camden County MUA, Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518765444 | + | EZ Pass, PO Box 52003, Newark, NJ 07101-8203 |
| 518765443 | + | Enterprise rent-a-car, PO Box 801988, Kansas City, MO 64180-1988 |
| 518765447 | + | HSA Account Services/ PNC, PO Box 162177, Altamonte Springs, FL 32716-2177 |
| 518765449 | + | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518765450 | + | Kivitz, McKeever, Lee, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518804658 | + | MidFirst Bank., Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518765456 | | Mnet Financial, 95 Argonaut Suite 250, Aliso Viejo, CA 92656-4142 |
| 518765457 | + | Nehmad Perillo & Davis, 4030 Ocean Heights Avenue, Egg Harbor Township, NJ 08234-7505 |
| 518840811 | + | P.O Box 6091, Bellmawr, NJ 08099-6091 |
| 518765461 | + | Qual Ast Rec, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 518840810 | +++ | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518765463 | + | Spending Account Services, PO Box 160940, Altamonte Springs, FL 32716-0940 |
| 518868754 | + | US BANK CUST/PC7 FIRSTRUST BK, Linda S. Fossi, Esquire, GARY C. ZEITZ, L.L.C., 1101 Laurel Oak Road, Suite 170, Voorhees, New Jersey 08043-4381 |
| 518765470 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2022 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2022 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2022 20:48:50 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518765436 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 20:48:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518765437 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 15 2022 20:49:14 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518765438 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2022 20:49:04 | Capital One Auto Finance, c/o Ascension Capital Group, PO Box 201347, Arlington, TX 76006-1347 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518778283 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2022 20:49:04 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518808847 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2022 20:48:50 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518765439 | + | Email/Text: bankruptcy@philapark.org | Aug 15 2022 20:46:00 | City Of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 518765440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2022 20:46:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 518765442 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2022 20:49:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518765443 | ^ | MEBN | Aug 15 2022 20:41:59 | Enterprise rent-a-car, PO Box 801988, Kansas City, MO 64180-1988 |
| 518765445 | | Email/Text: data_processing@fin-rec.com | Aug 15 2022 20:46:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 518765446 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 15 2022 20:47:00 | Genesis Bc/Celtic Bank/ Indigo, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518765448 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2022 20:46:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518838109 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2022 20:48:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518765452 | + | Email/Text: BKNotice@ldvlaw.com | Aug 15 2022 20:46:00 | Lyons, Doughty & Veldhuis PC, PO Box 1269, Mt Laurel, NJ 08054-7269 |
| 518765453 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 15 2022 20:49:02 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518765454 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2022 20:46:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 518765455 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 15 2022 20:49:13 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518765458 | ^ | MEBN | Aug 15 2022 20:41:36 | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 518823478 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2022 20:48:51 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518765460 | | Email/Text: signed.order@pfwattorneys.com | Aug 15 2022 20:46:00 | Pressler Felt & Warshaw, LLp, 7 Entin Rd., Parsippany, NJ 07054 |
| 518836377 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2022 20:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518804817 | | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2022 20:46:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518765462 | | Email/Text: bkrpt@retrievalmasters.com | Aug 15 2022 20:46:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 518765459 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 15 2022 20:46:00 | NJ Division of Taxation, 50 Barrack Street 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 518765464 | + | Email/Text: clientservices@northwestcollectors.com | Aug 15 2022 20:46:00 | The Endo Center At Voorhees, c/o Northwest Collections, 3601 Algonquin Rd Ste 23, Rolling Meadows, IL 60008-3126 |
| 518765465 | + | Email/Text: chegyi@winslowtownship.com | Aug 15 2022 20:46:00 | Township Of Winslow, 125 South Route 73, Braddock, NJ 08037-9422 |
| 518765466 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 15 2022 20:46:00 | Transworld Systems Inc, 507 Prudential Road, Horsham, PA 19044-2308 |

Case 20-14450-JNP    Doc 72    Filed 08/17/22    Entered 08/18/22 00:11:10    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: 185 | Total Noticed: 50 |

| 518765467 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 15 2022 20:48:46 | U.S. Dept of Housing Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 518765468 | ^ | MEBN | Aug 15 2022 20:42:13 | United States Attoney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 518765469 | + | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2022 20:46:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518881277 | | US Bank Cust/PC7 Firstrust Bk |
| 518778290 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518842025 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518765434 | ## | C&H Collection Services, PO Box 1399, Merchantville, NJ 08109-0399 |
| 518765441 | ##+ | Convergent Healthcare Inc., Cooper, 124 SW Adams St Suite 215, Peoria, IL 61602-1308 |
| 518765451 | ##+ | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2022              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Joseph J. Rogers | on behalf of Debtor Nicole D Reynolds jjresq@comcast.net  jjrogers0507@gmail.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cust/PC7 Firstrust Bk lfossi@zeitzlawfirm.com  gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7