# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  *Kelleen E. Stanley**
*Jennifer R. Gorchow, Staff Attorney*  *Jennie P. Archer**
*William H. Clunn, III, Staff Attorney*  *Lu'Shell K, Alexander**

*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

September 6, 2022

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:  Chapter 13 Bankruptcy
 Debtor(s) Name:  Nicole D. Reynolds
 Case No:  20-14450   JNP
 Hearing Date:  N/A

Dear Judge Poslusny:

Please withdraw the Trustee's response to Professional Fees in connection with the above-captioned case, as this fee will be addressed at the upcoming modified plan hearing.

Please feel free to contact me if you have any questions or require additional information.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13
STANDING TRUSTEE*

/s/ *Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB/lka

c:  Joseph J. Rogers, Esquire   (Debtor(s) Counsel)   (via Electronic Case Filing / ECF)
 Nicole D. Reynolds   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978