# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 20-14450 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Nicole D. Reynolds

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 04/25/2003

I, __Anna Becerril__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on May 21, 2003 in Camden County, in Book 07039, at Page 1058.
Property Address: 13 Blossom Trail, Sicklerville NJ 08081.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Nicole D. Reynolds

POST-PETITION PAYMENTS (Petition filed on March 16, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 08/03/2022 | | | | | - |
| | | To Suspense | $1,300.00 | 08/09/2022 | $1,300.00 |
| $1,261.10 | 07/31/2022 | AO Lump Sum Payment | From Suspense | 08/09/2022 | $38.90 |
| $1,280.55 | 08/01/2022 | | $0.00 | | $38.90 |
| $1,280.55 | 09/01/2022 | | $0.00 | | $38.90 |
| Total Due: $3,822.20 | | Total Received: $1,300.00 | | Arrears: $2,522.20 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $1,280.55

Each current monthly payment is comprised of:
    Principal & Interest:  $613.35
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $667.20  (Specify: escrow)
    TOTAL  $1,280.55

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

<u>NOPC filed 12/29/2020 and effective 2/1/2021, NOPC filed 3/17/2021 and effective 5/1/2021,</u>
<u>NOPC filed 10/6/2021 and effective 11/1/2021</u>
PRE-PETITION ARREARS: $16,232.54

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 10/14/2022

_____
Signature  Anna Becerril
           Vice President