Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 20–14450–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Nicole D Reynolds
  13 Blossom Trail
  Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–6190

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              November 22, 2022
Time:             11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*78* – CertificationOther in Opposition to (related document:77 Creditor's Certification of Default (related document:36 Motion for Relief from Stay re: re: 13 Blossom Trail, Sicklerville, NJ 08081. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 40 Order on Motion For Relief From Stay, 67 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 10/31/2022. (Attachments: # 1 Proposed Order # 2 Exhibit Exhibit A Stipulation # 3 Exhibit Exhibit B PPPH Affidavit # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Joseph J. Rogers on behalf of Nicole D Reynolds. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: October 26, 2022
JAN: lgr

                                              Jeanne Naughton
                                              Clerk