Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-14450 (JNP)

Nicole D. Reynolds  
13 Blossom Trail  
Sicklerville, NJ  08081

Monthly Payment: $560.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2022 | $258.46 | 01/27/2022 | $258.46 | 02/08/2022 | $258.46 | 02/23/2022 | $258.46 |
| 03/09/2022 | $258.46 | 03/22/2022 | $258.46 | 04/05/2022 | $258.46 | 04/13/2022 | $258.46 |
| 04/28/2022 | $258.46 | 05/12/2022 | $258.46 | 05/26/2022 | $258.46 | 06/09/2022 | $258.46 |
| 06/22/2022 | $258.46 | 07/07/2022 | $258.46 | 07/25/2022 | $258.46 | 08/08/2022 | $258.46 |
| 08/24/2022 | $258.46 | 09/02/2022 | $258.46 | 09/19/2022 | $258.46 | 09/30/2022 | $258.46 |
| 10/13/2022 | $258.46 | 10/28/2022 | $258.46 | 11/15/2022 | $258.46 | 11/28/2022 | $258.46 |
| 12/07/2022 | $258.46 | 12/22/2022 | $258.46 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | NICOLE D. REYNOLDS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $4,090.00 | $4,090.00 | $0.00 | $1,816.98 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $1,000.00 | $0.00 | $1,000.00 | $0.00 |
| 1 | ADVOCARE THE WOMENS GROUP OBGYN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | C&H COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAMDEN COUNTY MUA | 24 | $801.63 | $335.72 | $465.91 | $127.48 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $429.90 | $0.00 | $429.90 | $0.00 |
| 6 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $267.52 | $0.00 | $267.52 | $0.00 |
| 10 | CONVERGENT HEALTHCARE INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $530.77 | $0.00 | $530.77 | $0.00 |
| 12 | EZ PASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ENTERPRISE RENT-A-CAR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | FINANCIAL RECOVERY SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $360.29 | $0.00 | $360.29 | $0.00 |
| 16 | HSA ACCOUNT SERVICES/ PNC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | KML LAW GROUP PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | KENNEDY HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | KIVITZ, MCKEEVER, LEE, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LYONS, DOUGHTY & VELDHUIS PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | MIDFIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MIDLAND FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MIDFIRST BANK | 24 | $16,232.54 | $6,798.55 | $9,433.99 | $2,581.38 |
| 25 | MNET FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | STATE OF NEW JERSEY | 28 | $2,103.73 | $0.00 | $2,103.73 | $0.00 |
| 27 | NEHMAD PERILLO & DAVIS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NEW JERSEY ATTORNEY GENERAL OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | PRESSLER FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | QUAL AST REC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | RMCB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | SPENDING ACCOUNT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | THE ENDO CENTER AT VOORHEES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | TOWNSHIP OF WINSLOW | 24 | $1,298.92 | $544.01 | $754.91 | $206.55 |
| 35 | TRANSWORLD SYSTEMS INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | U.S. DEPT OF HOUSING URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | UNITED STATES ATTONEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | UNITED STATES ATTORNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | UNITED STATES ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | U.S. BANK CUST PC7 FIRSTRUST BANK | 13 | $500.00 | $500.00 | $0.00 | $222.12 |
| 45 | U.S. BANK CUST PC7 FIRSTRUST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $538.00 |
| 47 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $350.00 |
| 48 | CAPITAL ONE AUTO FINANCE | 13 | $313.00 | $313.00 | $0.00 | $313.00 |
| 49 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 50 | MIDFIRST BANK | 24 | $3,841.65 | $491.07 | $3,350.58 | $0.00 |
| 51 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $0.00 |
| 52 | MIDFIRST BANK | 13 | $200.00 | $200.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2020 | 3.00 | $0.00 |
| 07/01/2020 | Paid to Date | $844.00 |
| 08/01/2020 | 56.00 | $560.00 |
| 04/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,719.96 |
| Total paid to creditors this period: | $6,155.51 |
| Undistributed Funds on Hand: | $708.69 |
| Arrearages: | $96.94 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**