# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 20-14450 JNP
CHAPTER 13
Judge: Jerrold N. Poslusny Jr.

In re:

Nicole D Reynolds

### CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 04/25/2003

I, __Madison Graspo__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on May 21, 2003 in Camden County, in Book 07039, at Page 1058.
Property Address: 13 Blossom Trail, Sicklerville NJ 08081.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Nicole D Reynolds

POST-PETITION PAYMENTS (Petition filed on March 16, 2020)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 12/05/2022 | | | | | - |
| | | To Suspense | $5,119.41 | 12/06/2022 | $5,119.41 |
| $5,119.41 | 11/30/2022 | AO Lump Sum | From Suspense | 12/09/2022 | $0.00 |
| $1,316.66 | 12/01/2022 | | $0.00 | | $0.00 |
| $1,316.66 | 01/01/2023 | | $0.00 | | $0.00 |
| $1,316.66 | 02/01/2023 | | $0.00 | | $0.00 |
| **Total Due: $9,069.39** | | **Total Received: $5,119.41** | | **Arrears: $3,949.98** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,316.66
Arrears: $3,949.98

Each current monthly payment is comprised of:
    Principal & Interest:  $613.35
    R.E. Taxes:  $_____
    Insurance:  $_____
    Other:  $703.31  (Specify: Escrow)
    TOTAL  $1,316.66

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
NOPC filed 12/29/2020 and effective 2/1/2021, NOPC filed 3/17/2021 and effective 5/1/2021, NOPC filed 10/6/2021 and effective 11/1/2021, filed 09/29/2022 and effective 11/01/2022

PRE-PETITION ARREARS: $16,232.54

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 02/27/2023

Signature     Madison Graspo