| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nicole D Reynolds<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6190<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–14450–JNP | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Nicole D Reynolds

_3/6/25_                                                           **By the court:** _Jerrold N. Poslusny Jr._
                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14450-JNP |
| Nicole D Reynolds | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 06, 2025 | Form ID: 3180W | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole D Reynolds, 13 Blossom Trail, Sicklerville, NJ 08081-3064 |
| 518765432 | + | Advocare The Womens Group OBGYN, PO Box 3001, Voorhees, NJ 08043-0598 |
| 518765433 | + | Apex Asset Management LLC, 1891 Santa Barbara Drive #204, Lancaster, PA 17601-4106 |
| 518765434 | | C&H Collection Services, PO Box 1399, Merchantville, NJ 08109-0399 |
| 518765441 | + | Convergent Healthcare Inc., Cooper, 124 SW Adams St Suite 215, Peoria, IL 61602-1308 |
| 518765444 | + | EZ Pass, PO Box 52003, Newark, NJ 07101-8203 |
| 518765447 | + | HSA Account Services/ PNC, PO Box 162177, Altamonte Springs, FL 32716-2177 |
| 518765451 | + | KML Law Group PC, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |
| 518765449 | + | Kennedy Health, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518765450 | + | Kivitz, McKeever, Lee, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518804658 | + | MidFirst Bank., Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518765457 | + | Nehmad Perillo & Davis, 4030 Ocean Heights Avenue, Egg Harbor Township, NJ 08234-7505 |
| 518840811 | + | P.O Box 6091, Bellmawr, NJ 08099-6091 |
| 518765461 | + | Qual Ast Rec, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 518765462 | | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 518840810 | +++ | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518765463 | + | Spending Account Services, PO Box 160940, Altamonte Springs, FL 32716-0940 |
| 518868754 | + | US BANK CUST/PC7 FIRSTRUST BK, Linda S. Fossi, Esquire, GARY C. ZEITZ, L.L.C., 1101 Laurel Oak Road, Suite 170, Voorhees, New Jersey 08043-4381 |
| 518765470 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Mar 07 2025 01:40:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 22:01:43 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518765435 | ^ | MEBN | Mar 06 2025 20:53:50 | Camden County MUA, Regional Sewer Service, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 518765436 | + | EDI: CAPITALONE.COM | Mar 07 2025 01:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518765436 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:10:32 | Capital One, Attn: Bankruptcy, Po Box 30285, |

Case 20-14450-JNP   Doc 127   Filed 03/08/25   Entered 03/09/25 00:25:28   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 3180W | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | | Salt Lake City, UT 84130-0285 |
| 518765437 | + EDI: CAPONEAUTO.COM | Mar 07 2025 01:40:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518765437 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 06 2025 22:01:04 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518765438 | + EDI: AISACG.COM | Mar 07 2025 01:40:00 | Capital One Auto Finance, c/o Ascension Capital Group, PO Box 201347, Arlington, TX 76006-1347 |
| 518765438 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 21:27:37 | Capital One Auto Finance, c/o Ascension Capital Group, PO Box 201347, Arlington, TX 76006-1347 |
| 518778283 | + EDI: AISACG.COM | Mar 07 2025 01:40:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518778283 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 21:12:03 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518808847 | + EDI: AISACG.COM | Mar 07 2025 01:40:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518808847 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 06 2025 21:11:17 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518765439 | + Email/Text: bankruptcy@philapark.org | Mar 06 2025 20:57:00 | City Of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 518765440 | + EDI: WFNNB.COM | Mar 07 2025 01:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 518765442 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 06 2025 21:28:33 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518765443 | ^ MEBN | Mar 06 2025 20:55:04 | Enterprise rent-a-car, PO Box 801988, Kansas City, MO 64180-1988 |
| 518765445 | Email/Text: data_processing@fin-rec.com | Mar 06 2025 20:56:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 518765446 | + EDI: PHINGENESIS | Mar 07 2025 01:40:00 | Genesis Bc/Celtic Bank/ Indigo, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518765448 | EDI: IRS.COM | Mar 07 2025 01:40:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518838109 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:46:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518765452 | + Email/Text: BKNotice@ldvlaw.com | Mar 06 2025 20:55:00 | Lyons, Doughty & Veldhuis PC, PO Box 1269, Mt Laurel, NJ 08054-7269 |
| 518765453 | + Email/Text: bkmail@midfirst.com | Mar 06 2025 20:55:00 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518765454 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 06 2025 20:56:00 | Midland Funding LLC, PO Box 2001, Warren, MI 48090-2001 |
| 518765455 | + Email/Text: bkmail@midfirst.com | Mar 06 2025 20:55:00 | Midland Mortgage Company, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518765456 | Email/Text: compliance@onemnethealth.com | Mar 06 2025 20:56:00 | Mnet Financial, 95 Argonaut Suite 250, Aliso Viejo, CA 92656-4142 |
| 518765458 | ^ MEBN | Mar 06 2025 20:53:13 | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 518823478 | EDI: PRA.COM | Mar 07 2025 01:40:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA |

Case 20-14450-JNP    Doc 127    Filed 03/08/25    Entered 03/09/25 00:25:28    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518765460 | | Email/Text: signed.order@pfwattorneys.com | Mar 06 2025 20:55:00 | Pressler Felt & Warshaw, LLp, 7 Entin Rd., Parsippany, NJ 07054 23541 |
| 518836377 | | EDI: Q3G.COM | Mar 07 2025 01:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518804817 | | EDI: Q3G.COM | Mar 07 2025 01:40:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518765459 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 06 2025 20:55:00 | NJ Division of Taxation, 50 Barrack Street 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 519686771 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 06 2025 20:55:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518765464 | + | Email/Text: clientservices@northwestcollectors.com | Mar 06 2025 20:55:00 | The Endo Center At Voorhees, c/o Northwest Collections, 3601 Algonquin Rd Ste 23, Rolling Meadows, IL 60008-3126 |
| 518765465 | + | Email/Text: SShiver@winslowtownship.com | Mar 06 2025 20:56:00 | Township Of Winslow, 125 South Route 73, Braddock, NJ 08037-9422 |
| 518765466 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 06 2025 20:57:00 | Transworld Systems Inc, 507 Prudential Road, Horsham, PA 19044-2308 |
| 518765467 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 06 2025 21:12:03 | U.S. Dept of Housing Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 518765468 | ^ | MEBN | Mar 06 2025 20:54:53 | United States Attoney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 518765469 | + | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2025 20:56:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518881277 | | US Bank Cust/PC7 Firstrust Bk |
| 518778290 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518842025 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 08, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 06, 2025 | Form ID: 3180W | Total Noticed: 54 |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Nicole D Reynolds jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cust/PC7 Firstrust Bk lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8